IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDAN URIAH JONES,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 22-CV-2662 |
| | : | |
| **REGINA McCLURE,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 11th day of October 2022, upon consideration of Plaintiff Jordan Uriah Jones's *motion to proceed in forma pauperis*, (ECF No. 2) and his *pro se* Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The following claims in the Complaint are **DISMISSED, without prejudice**, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii):

    a. the claim under Title II of the Americans with Disabilities Act ("ADA");

    b. the claim under Section 504 of the Rehabilitation Act ("Section 504"); and

    c. the 42 U.S.C. § 1983 claims for equal protection and invasion of privacy.

4. Jones may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint, in addition to identifying them in the body of the amended complaint, and shall state the basis for Jones's claims against each defendant. If Jones files an amended complaint, his amended complaint must be a complete document that includes all of the bases for Jones's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims. **For**

**example, Jones must include in his amended complaint the allegations supporting his claim under the Individuals with Disabilities in Education Act ("IDEA") and his state-law negligence claim, which have not been dismissed at this time, if Jones seeks to proceed on those claims**. Claims that are not included in the amended complaint will not be considered part of this case. When drafting his amended complaint, Jones should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.

5. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6. The Clerk of Court is **DIRECTED** to send Jones a blank copy of the Court's form complaint bearing the above civil action number. Jones may use this form to file his amended complaint if he chooses to do so.[1]

7. If Jones does not file an amended complaint, the Court will direct service of his initial Complaint on Defendant Regina McClure as to the IDEA and negligence claims only. Jones may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint. If he files such a notice, Jones is reminded to include the case number for this case, 22-2662.

8. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

> **BY THE COURT:**
> /s/ *Nitza I. Quiñones Alejandro*
> **NITZA I. QUIÑONES ALEJANDRO**
> *Judge, United States District Court*

---

[1] This form is available on the Court's website at https://www.paed.uscourts.gov/documents/forms/frmcgenf.pdf.